■ RICHARD PCHELKA et al., Appellants, v LOOMIS-ROOT, INC., et al., Respondents. (Appeal No. 2.) [621 NYS2d 985] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Pchelka v Loomis-Root, Inc.* (210 AD2d 889 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Gorski, J. —Reargument.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.